1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | GEOFFREY MONCRIEF, LEILA MONCRIEF, individuals, | CASE NO. 10CV350 DMS (RBB) |
|---|---|---|
| 12 | | **ORDER DENYING *EX PARTE* APPLICATION FOR PRELIMINARY INJUNCTION AND RECONSIDERATION OF DENIAL OF APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| 13 | Plaintiffs, vs. | |
| 14 | | |
| 15 | WASHINGTON MUTUAL, F.A., et al., | |
| 16 | Defendants. | [Docket No. 17] |

17

18   This case comes before the Court on Plaintiffs' *ex parte* application for a preliminary

19 injunction and reconsideration of the Court's denial of their request for a temporary restraining order.

20 Defendants oppose the application.

21   Plaintiffs' application is in large part the same as their application for a temporary restraining

22 order. Plaintiffs have provided additional argument in an attempt to show there is a likelihood of

23 success on the merits of their claims, but they have not tipped the scale in their favor. Plaintiffs have

24 also failed to show the existence of any of the requirements for reconsideration of the Court's order

25 / / /

26 / / /

27 / / /

28 / / /

1 | denying their application for a temporary restraining order. Accordingly, Plaintiffs' *ex parte*
2 | application for a preliminary injunction and for reconsideration of the Court's previous order is
3 | denied.
4 | **IT IS SO ORDERED.**
5 | DATED: May 7, 2010

HON. DANA M. SABRAW
United States District Judge